RTP:FTB
F. #2019R01130

Filed: April 13, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CR-22-171
Judge Joanna Seybert
Mag. Judge Arlene R. Lindsay

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

STUART CONKLIN,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 49, U.S.C., § 21311; T. 18, U.S.C.,
§§ 3551 et seq.)

THE GRAND JURY CHARGES:

<u>MAKING A FALSE ENTRY IN A REPORT</u>

On or about April 26, 2019, within the Eastern District of New York, the defendant STUART CONKLIN did knowingly and willfully make a false entry in a record or report required to be made and preserved under Title 49, United States Code, Sections 20101 et seq., to wit: a Form C&S F32-231, in that CONKLIN falsely stated and represented that he had inspected a rail bond, when in fact as he then and there well knew and believed, he had not.

(Title 49, United States Code, Section 21311; Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2019R01130

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

STUART CONKLIN,

Defendant.

## INDICTMENT

(T. 49, U.S.C., § 21311; T. 18, U.S.C. §§ 3551 et seq.)

*A true bill.*

_____ /s/ Valerie Brown _____
Foreperson

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
Clerk

*Bail, $* _____

*F. Turner Buford, Assistant U.S. Attorney (718) 254-6483*